

**SO ORDERED.**
**SIGNED this 11th day of May, 2017**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Benjamin Franklin Courrier & ) | Case No. 3:05-bk-37854-SHB |
| Lynne Mahan Courrier, ) | Chapter 7 |
| ) | |
| Debtors. ) | |

**ORDER REOPENING CASE, AUTHORIZING**
**APPOINTMENT OF TRUSTEE, AND WAIVER OF REOPENING FEES**

This matter having come before the Court, without hearing, on the motion of the U.S. Trustee to reopen Case No. 3:05-bk-37854-SHB pursuant to 11 U.S.C. § 350(b), authorize the appointment of a trustee in the reopened case pursuant to Rule 5010 of the Federal Rules of Bankruptcy Procedure, and to waive the filing fee pursuant to 11 U.S.C. § 105(a), and for good cause shown, it is hereby

ORDERED that Case No. 3:05-bk-37854-SHB is reopened.

2

IT IS FURTHER ORDER that the U.S. Trustee is authorized to appoint a trustee in this case in order to protect the interest the creditors and to ensure efficient administration of the case.

IT IS FURTHER ORDERED that the reopening fee is hereby waived for the U.S. Trustee.

###

APPROVED FOR ENTRY:

SAMUEL K. CROCKER
United States Trustee, Region 8

/s/ *Tiffany A. DiIorio*
Tiffany A. DiIorio
Trial Attorney, Florida Bar # 0719706
Office of the U.S. Trustee
800 Market Street, Suite 114
Knoxville, TN  37902
Telephone:  (865) 545-4754
Email: tiffany.diiorio@usdoj.gov